Apellate NO. 06-15-00050-CR
Trial NO. 14-0029X

RECEIVED IN
The Court of Appeals
Sixth District

DEC 1 6 2015

Texarkana, Texas
Debra Autrey, Clerk

In The Court of Appeals
Sixth Court of Appeals District
Texarkana, TX

FILED IN
The Court of Appeals
Sixth District

DEC 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Brad Allen Dunn
Appellant

V.

State of Texas
Appellee

Pro Se of Appellant
Brad Allen Dunn

Brad A. Dunn #1988053
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Brad A. Dunn
Brad A. Dunn
Appellant

Page 1

## Table of Contents

| | Page # |
|---|---|
| Idenity of Parties & Counsil | 2 |
| Index of Authorities | 3 |
| Statement of Case | 4-14 |
| Points Presented for Review | 15 |

Error 1 - Was there egregious harm caused to defendants right to have a fair trial by a bias judge at sentencing phase of trial ~~by the process~~

| | |
|---|---|
| Statement of Facts | 16 |
| Summary of Argument | 17 |
| Argument of Authorities | 18 |
| Prayer of Relief | 19 |
| Certificate of Compliance | 20 |

# Identity of Parties d Counsil

## Appellant

Brad Allen Dunn
TDCJ # 1988053
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

## Appellants Appeal Counsel

Hon. Craig A. Fletcher
attorney at Law
110 S. Bolivar, Ste #210
Marshall, TX 75670

## Appellants Trial Counsel

Hon. Scott Rectenwald
110 W. Fannin St.
Marshall, TX 75670

## State of Texas

Hon. Coke Soloman
Harrison County District attorney

Hon. Kristin Kaye
Harrison County Asst. District attorney
200 West Houston Ste. # 206
Marshall, TX 75670

## Trial Court Judge

Hon. Brad Morin
71st District Court
Harrison County, TX
200 West Houston, Ste. #219     Marshall, TX 75670

Villareal v. State        85 S.W. 3d 725, 728-29 (2006) at II ........ 17

Daniell v. state         848 S.W. 2d 145, 147 (1993) ............ 17

Hudson v. State          128 S.W. 3d 367, 377 (2004) .......... 17

Almanza                  686 S.W. 2d 157, 171 (1984) ......... 17

Underwood                927 S.W. 2d 661, 663 (1996) ...... 17

Hill                     30 S.W. 3d 505, 507-08 (2006) Id. villarreal ...... 17
                                        at IV. conclusion. sec
Footnotes                1, 2 & 3 cite to art. 36.27

King v. State            953 S.W. 2d 266, 271 (1997) ....... 17

House v. Bell            547 U.S. 518 (2006) ..... 17

Doyle v. State           631 S.W. 2d 732, 738 (1982) ...... 17
                                                                        17

Statues)

Tex. Code. Crim. Proc [ ]

Tex. Crim. App

Tex. Code Crim. Proc. Ann

A little over 2 weeks before December 1, 2015, my wife of 10 years left me. We had been living in Lindale, Tx in our 4 bedroom house with our 3 kids. I had been working 2 jobs at the time and running my own lawncare business. My wife had chose not to work. After she had left, I had determined through emails on her facebook she had been having an affair with another man for at least 3 months. During those weeks she left, she moved out, took my kids and would not let me see them. For those few weeks we argued everyday, I had spiraled out of control, I was not eating, I was severely depressed, mad, angry, I was beside myself and did not know what to do. I had no family on my side that lived in the state of Texas other than my mom and we were not on good speaking terms, I had friends, but none I could really turn to for guidance or help in the matter. I had reached out to her family, who had been my family for the last 10 years. However due to the fact that my wifes family was trying to help her hide her affair so I didn't have any evidence to take the kids from her, which I told her I was going to try and do if she didn't quit seeing this man with my kids until we were divorced and the kids had been counseled by someone on whats going on. I was so confused at what was going on and how she was treating me after 10 years, how hard she was trying to hide her boy friend. I couldn't control my emotions. I was mad at her one minute and apologizing the next. There is evidence in thousands of text, video's I had sent her, messages I posted on facebook, videos my co-worker recorded. Nothing which was entered as evidence for me at the trial, other than the videos my co-worker recorded. I had reached out to my Uncle Mark Doss during those weeks. He had tried his best to comfort me and guide me. I also was reached out to by my wife's cousin Jason Kopecky, who had talked to me almost everyday up to the murder, He was one of the main witnesses

I wanted at my trial. His phone # was in my cell, he was a friend on my facebook and my in-laws had his contact information. Yet my lawyer told me he could not find any such info. and could not reach or find him. My wife had moved back to Marshall, Tx with her step-sister which is almost 2 hours from Lindale. I had decided it was to hard for me to live in this big house by myself and if we did get a divorce, it was a long way to drive to see my kids. So I decide to put my stuff and the kids stuff she didn't get in storage and move back to Longview, Tx with the only friend I had to move in with in that town. But moving back to Longview helped me to find work close to her and I was only 20 minutes away from seeing my kids. During this time, were still arguing, I'm still crying and getting more and more depressed and mad. We had come to an divorce agreement by text and on the phone and that I would pay a lawyer and get it started, we also had agreed to finally let me see the kids. I was suppost to see them the weekend after Thanksgiving of 2013. I had moved all my stuff in storage and moved in with my friend Shorty - James Arthlon on the friday after Thanksgiving. My wife did not like him, we had a bad past together, however he had been with this lady for 7 years and her 17yr old daughter, he had gotten a nice brick house, he was not the same friend he was when I got married. However my wife didnot know that, so she, not me, suggested I ~~or~~ rent a hotel ~~Saturd~~ Sunday and Monday, my off days, to see the kids until she could come over and meet Shortys old lady and see his house. This was also said by her in text. Saturday I worked from 4p.m. to 8p.m. at my part time job, then I drove to Tyler from Longview and worked from 9p.m. - 7a.m. at my full-time job, then drove an 1hour and a half to Marshall to the

hotel I had rented, the Baymont Hotel. I was severely tired, I had drank several (4-6) Monster energy drinks, because I also had to continue to stay up to spend the day with my Kids and I would sleep that night. Not only was I extremely tired, I had also argued with her and her boy friend until 5 a.m. that morning, some of those conversations was recorded by my co-worker Ricky, who was worried I was going to wreck while arguing and texting while driving. I had finally got to the hotel at around 9 a.m. Sunday Dec. 1, 2013. I called her and told her let me take a shower and get dressed and then bring the Kids. Around 10 a.m. I called her and said to bring them. I waited and waited, I went outside to wait and to smoke a cigerette. She finally called and said they were at McDonalds, the Kids were hungry and the line was long. I said bring them on and they could eat a good breakfast with me at the Waffle House next door to the hotel. She said, yeh they'll like that. She finally got there and I was so excited to see the Kids and then me. We got there stuff out. My wife asked me for a cigeretto, we decided it was to cold for the Kids, we went in, put the Kids on the bed cartoons on and we went in the bathroom to smoke. While smoking I proceeded to tell her how much I loved her, please don't throw away 10 years, please don't take my Kids away, please don't leave me, etc. etc. and I also asked her if she had cheated on me, I knew they were dating, but I did not know if they had had sex together she told me she did after she moved out, I was crying so hard and told her I hated her for what she was doing to me she then gave me a hug, I did not let go of her, I just hugged her and cried on her neck. She said to stop crying, to let her go, to give up, that I was only making it harder on myself. I could not let go, I

could not just give up like that after 10 years. During this time I pulled out my pocket knife that I always carry, since before we were married Unknowingly in a fit of rage and unaware of it, I stabed her to death, unto the trial I did not know I had stabed her 21 times. I left the hotel with my youngest daughter, I had wanted to take all 3 and to tell them by and that I loved them and was so sorry for what I did. They did not see me Kill there mom, but the oldest Brianna heard something she thought we were fighting, she was scared and did not want to come with me, her and my son were with the hotel employees and I knew the cops were on the way, so I left them, I tried to call everyone I know and tell them what I did, after a few hours of driving and calming down a little, I was on my way back to Marshall to turn myself in and was arrested 30 miles away for murder.

After being transfered to Marshall jail, I was given a lawyer, Scott Rectinwald of Marshall. When he came to see me, I was a mess, I was on suicide watch. He said I know your upset, but is there anything you need to tell me or anyone I need to talk to that is vital to what happened. I said yes, get ahold of Ricky my co-worker and Jason ~~Baia~~ my wife's cousin, they can tell you whats been going on, I told him there #'s were in my phone. Before I go on, I'm told my Pro Se or Direct Appeal is to be about errors in the trial, well I'm no lawyer and had about 70 days to do this and learn what law I could as I could not afford to pay anyone here in prison who does know the law $100-$200 to help me. I have found a few to guide me, show me, point me in the right direction for free, I believe my entire trial was an error, it was a joke, no dis-respect intended, but to say all deserve a fair trial, well I did not get one, it was a one sided

hanging. My own lawyer railroaded me, it was in the newspapers of East Texas and on all the news, included a station in Louisiana (another state). Nothing good was said about me before the trial, during the trial, nothing was said before the trial that my wife was having an affair. Only, that estranged husband, Monster, man lures wife to motel and kills her. I've seen trials on t.v., ~~were~~ never seen one were the defendant has no evidence entered for his defense, were ~~a~~ the defendants witnesses are witnesses for the state instead. A lot of this may be for an 1107 or 2254, but I am pointing it out none the less, as I said I believe my trial was unfair, bias, sabotaged, and was a media massacre in which they lied on me, Governor Gohmert got involved to pass a law, so it grew more attention, web-sites lied about what happened, my father-in-law Hank that lied on his web-site, the papers & media lied. The papers & media said I was arrested several times for assault family violence and that I had several arrest, not saying what for. True I had several arrest as a young man several years ago for traffic violations. I've only been arrested once for family violence, (2 years) before the murder, I pushed my x-wife down for cheating on me, thats all, she even says on her statement I never was violent before or would she believe I would be after pushing her, (not shown in trial- her report & police statement saying they would not issue a warrant, but a year later the state did), Fact is, I have no criminal record other than that one charge, papers and media ~~sp sp~~ spun my arrest for traffic violation to make me look like some scum, criminal, I had only ( criminal arrest and it was a misdemeanor. My attorney

Said or did nothing about this, so it just rode that way for 15 months on sites, papers, t.v. After my first few visits with my attorney I got the impression that my lawyer did not want to help me and or be my lawyer. In January, one month after the murder, I sent a written confession to my mother-in-law Cindy Kopeckys attorney, in that confession I stated in the opening, I do not think my lawyer wants to help me, should have went with my gut, but inmates and guards alone were telling me he was the best I could get for a murder trial, that he was good, so I kept him speaking of my mother-in-law's attorney, she had one because I gave her custody of the kids and my father-in-law Hank Hunt, there divorced, was suing her and me for the kids, The judge that handled my trial, also handled my custody with kids a year before. My father-in-law Hank Hunt told lots of lies about what he thought why the murder happened, basically lied to make a bad situation worse, so I believe, since the judge ruled against me that I could never have any contact or visitation with my kids, I thought he might have formed a bias opinion about me then, when later I mentioned this to my attorney, he said don't worry about it. I also asked my attorney to ask for a change of venue from all the bad media publicity, he said he did & we were denied, he never did ask I also asked for a black out on the case because of all the lies and guesses and only bad coverage of me, he later only asked for no coverage allowed in the court room, I also asked if I, he, we could make a statement to the media, set some facts straight, put my side out, he said no. Fact is, I'm not no criminal, I was a hard working dad, husband,

who had provide a nice house for my family, nice car for my wife, they had everything, I was not violent to my wife or kids, ever, me and my wife argued mostly about the last year about me not making enough and doing enough and me arguing and bitching at her because she would not work and help me, but she would bitch when I couldn't do enough, she hadn't worked in 5 years. Some how me arguing and bitching made me a bad person, please, come on. I have no violent history, no criminal record, one charge in my whole life. Two of my most important witnesses, one ended up being a witness for the state, the other my lawyer "could not find" but his # was in my phone and on my facebook. Mine, my wifes and her boyfriend Todds phones were dumped, video's I sent my wife from my phone, I guess were lost from the dump or just not shown for me, I wanted them shown to show how sad I was, there was larger video's I had saved in my email on my phone, there still there, they were my suicide videos I made, telling her & the kids bye before the murder, which the DA said I was lying about the suicide attempt, but the video's could have proved that and shown my depression, hurt, sadness that you could see in the videos, 4 videos are in my email now, as well as several thousand text, I believe it was some where in 3 or 4 thousand text in those weeks before the murder, some text from my wife and her boyfriend and family members were very important to my trial, to my story, they were never shown or entered for evidence. Text proving from my wifes on words, she had never seen me this angry, text from her boyfriend, "look what were doing to him". Several dozens text I wanted to use, including the text she sent me telling me she was not coming home, she wanted a divorce, when I had asked her what time should I cook diner, to show I never had a clue she was cheating or fixing to leave me. I wanted pictures, text, messages on facebook, shown of me, her, the kids, messages & comments from her family, Pictures of

us together at my daughters birthday parties about 30 days before the murder, all was fine, to me, I had no clue she was talking and seeing another man for at least 3 months. Messages from her family on my birthdays or her mom telling me how proud of me she was ot how hard I worked and how hard I toiled for my family. The head jury woman said on t.v. after the trial, I saw it, she said we didn't give him "sudden passion" because we all agreed, if he loved her, he wouldn't have killed her". Well hell, what else was there to believe, my lawyer showed nothing to prove otherwise, nothing to show me as a good man, good husband, I wanted the file from my assault charge, my lawyer didn't get it, so the jury only got my statement, which to them, they could be a lie, made up, if I had had her statement to read, the police statement, it would varify my testimony. My mother-in-law Cindy Kopecky, lied on the stand, she said my son was going around making a "stabing motion" saying I want a sword like my daddy", I told my lawyer to object she was lying, it was proven that my kids saw nothing and I have not spoken to him about what happened, so how could a 2yr old who saw nothing and haven't spoken to me, know that, if it was true, they told him, my lawyer told me to shut up, he was the lawyer, I had specific questions I wanted to ask my mother-in-law on the stand, he asked her none. when I asked why Ricky was a witness for for the state, which I only saw the states witness list maybe a month or so before the trial, he said the DA got to him first, I said men I told you days after the murder to contact him, he said chill out, I will cross examine him, he's still here for us, I said yeh, but the jury see's him being presented as there witness against me, even my aunt Kim Bobbitt was a witness for the state, even though her comment helped me, my witnesses were my

dad, my boss, a jail psych doctor and jail ministry lady, Mrs. Ponders, I told him when the jail doctor was cross examined by the DA, they spun my depression around to say I was depressed from being in jail, isn't that typical of someone being locked up for a long time, that may be true, but I told my lawyer to ask him what we talked about in our sessions, while I was on suicide several times, I asked him, how did I do this, how did I get the nerve to kill my wife, will my kids ever forgive me, I can't handle the pain, I am so sad, my lawyer asked him none of that, I was not scared to be in jail, I'm a big dude, I never once said anything about being depressed from being in jail, my lawyer again told me to shut up, Also when I plead guilty to murder, I had no idea I was going to do that and when I did I thought I was gonna plead to Felony 2 murder - Sudden Passion, my father-in-law was there in court an hour early before trial to see me enter my plea of guilty, he knew before I did what I was doing, when I signed paper, I asked my lawyer is this the best route, he said yep, this is my plan, I said well, I don't know your plan, you never told me anything, when judge asked me are you satisfied with your lawyer, well it was so time, trial day, I couldn't say no and piss him off, however he was going to railroad me one way or the other. My mother-in-law Cindy also told my dad after the murder, I know Brad loved my daughter and there kids, I don't know what happened, My dad was suppost to tell that, that text to him from Cindy, well my dad didn't, after trial I got to see him, I said why didn't you tell that, he said my lawyer told him not to, nothing was gonna help me, my lawyer told me, my dad forgot. Also, the one witness the state had Natolie, who during the trial, changed her story from the police to a new story during trial, which was to help the DA disprove my "sudden passion", I found out after trial, she is a CI for the cops, she was on a parole

violation, or said she was, but I do know for a fact she is a CI (snitch) for the county, which makes sense why the only piece of testimony she forgot to tell the cops, she tells the jury, everything else she said matched her story to the cops, but that one piece of extra testimony she said during the trial, which helped the DA to try and prove against "Sudden Passion". Also during the trial the DA Coke Soleman, guessed several times during the trial, I know now and guessed then he was not allowed to guess about facts or scenario's to the jury or guess He can only present facts of actual evidence to the jury, I know at least up to two months before the trial I was on the front page of the marshall paper, on the news d "Karis Law" petition had close to 800,000 signatures online which drew more attention to the case. I believe without a doubt that there was so much negative, one sided, lies, facts about me that there was no way to have a fair trial or get a fair sentence if there is one for my crime, but I did not recieve a fair trial and was only made to look bad, evil, trash, scum to society, when I was not in anyway any of those, however 4 people you could put a label like that to, all commited murder and meant to kill there victim, all 4 got less time together than me, I may deserve life for what I did, but I do deserve a fair trial and fair and decent representation from my lawyer, with all that negative publicity, which none of the other 4 there for murder got, or even after my murder, a woman killed her husband for the same thing and she got hardly no publicity at all, but when she did it said wife shoots husband for having an affair to make it look justified for her, but for me they say Monster murders wife and no mention of her affair, its bias because a man killed a woman, woman does th

Same thing, oh he deserved to be killed. A habitual criminal with several major felonies, not contributing to society, goes to kill someone, gets 20 years, a man working, trying hard to take care of his family, no criminal record, is bashed beyond belief in the media, trial for what, the DA's 15 minutes of fame because it got national attention of a congressman, because it sold papers, made for a good story, treated me like I was some Ted Bundy or something, some sadistic serial killer or evil man who just tortured his wife or kids, I was just a regular guy trying to make it, who lost everything and was backed in a corner, put on the curb like trash because my wife was lazy, didn't want to work, wanted me to do it all and bitched at me when it wasn't enough, instead of helping, she took the easy way out, or as she told me, she wanted "some me time," so she went out with another man who had liked her since high school. I really and truly don't know what the hell happened, I never guessed in 10 years my wife would leave me or could be so cold hearted about it. I never guessed in a million years I could be so hurt, crushed, that I could kill her. But here we are, I have a dozen other things to tell, I think this went longer than I intended, will save the rest for later if I need it, but I hope you can see the injustice I was done by my lawyer, judge, DA at my trial.

In the end I don't think the jury quite understood what "Sudden Passion" meant, only that it offered less time, I also think the way the time for sentencing was presented, they thought they had to give me "Sudden Passion" or 99 the DA asked for, I don't think they understood they could have save me say, 30, 40 etc on murder I chose, However they decided to give me the 99 the DA asked for.

## Points Presented for Review

Error 7 - Was there egregious harm caused to defendant's right to have a fair trial by a bias judge at sentencing phase to 5th, 14th U.S. Const. Amend. [ ]

## Statement of Facts

On December 1, 2013 in a local motel in Harrison County, TX, Kari Dunn was stabed to death by her husband who she had left a few weeks before and told her husband after 10 years she wanted a divorce, it was also established during those few weeks before the murder that Mrs. Dunn was having an affair. Appellant, Brad Allen Dunn was subsequently arrested for her murder, Appellent entered a plea of "guilt" to the offense of murder. Appellent thought he was entering a plea of "guilt" to a lesser charge of murder. A jury trial was commenced to determine the appropriate punishment. After only a short (3) day trial for murder, the jury rejected Appellants contention that the murder was a result of a "sudden passion" and returned a verdict and assessed Appellents punishment at (99) ninety-nine years in Texas Dept. of Criminal Justice Prisons and a fine of $10,000. If the law says you deserve a fair trial, then I didn't get one. My trial was a joke, a one side hanging. I believe my attorney Mr. Rectinwald was in cahoots with the DA Mr. Solomon. Witnesses being called for D.A, evidence not entered for evidence for me, the lies in the media about what happened, my criminal record, which in only 1 charge in 2003 before the murder. My lawyer entered nothing to show, I was a good man, no pictures of me, my wife & kids, dozens of text messages that were dumped from the phones, were not entered, some extremely crucial to my defense. The jury said on T.V. I didn't love my wife thats why I killed her, they had allready formed an opinion from the bad media coverage. My lawyer showed them __nothing__ to say or show other wise. Mr. Solomon I may not get this Brad Appeal right, but I am very smart & I get 2 more chances to get it right and I will get it right, I will! get a fair trial. I did a bad thing but I am not a bad person!

# Summary of Arguement

Error 1 - Was there egregious harm caused to defendants right to have a fair trial by a bias judge at sentencing phase of the trial and pre-trial to 5th U.S. Court. Amend[-] See jury notes pages 181, 182, 183 of Master Index. Sent to judge of court during jury deliberation of sentencing and finding of guilt to "Sudden Passion" or "Murder 1" from the jury panel as p. 181 asking to see 1- the Knife & 2- The photo of the Knife in her (Kari Anm) neck which record fails to show courts addressment. See RR(RR6, p. 45, 46) during jury deliberation (start to finish) record fails to cite to notes being read in open court for defense objection or approval to courts response to said notes. Also see (RR6, p. 16) record only cites (Charge Read Only) as also at (RR4, p. 22) cites only (Indictment read in violation to Art. 36.27 Texas Code of Criminal Procedure Statue requirements all communication must be made part of record see Villareal v. State 85 S.W. 3d 725, 728-29 (2006) at II. Applicable law para. cites, when trial court responds substantively to a jury question during deliberation, that communication essentially amounts to an additional or a supplemental jury instruction see Daniell v. State 848 S.W. 2d 145, 147 (1993) and Hudson v. State 128 S.W. 3d 367, 377 (2004). When defendants does not object to any error in the jury charge, such defendant is entitled to a reversal of the jurys verdict "only if" the reviewing court determines that the error caused defendant such "egregious harm" that he or she was deprived of a fair trial. Almanza 686 S.W. 2d 157, 171 (1984) Underwood 927 S.W. 2d 661, 663 (1996). Direct evidence of harm is not necessary in order to establish egregious harm. Hill 30 S.W. 3d 505, 507-08 (2000) See Id. Villareal at. IV Conclusion. Sec. Foot notes 1, 2 & 3 cite to Art. 36.27 requirements to statue of Tex. Code, Prim. Proc[-] as defendant has a right to a fair trial and due process of 5th/14th U.S. Const. Amendments. King v. State 953 S.W. 2d 266, 271 (1997) House v. Bell 547 U.S. 518 (2006) The trial judge has an absolute sua sponte duty to prepare a jury charge that accurately sets out the law applicable to the specific offense charged. See Doyle v. State 631 S.W. 2d 732, 738 Tex. Crim. App. (1982) (plurality. op) It is a reversible err. because it enfringed on defendants right to a fair trial by jury. Art. 36.14 places the legal duty and responsibility on the trial judge to prepare for the jury a proper and correct charge on the law, and the law as may be applied to the facts adduced. Ibid. This is a legal duty that must be performed by the trial judge, not the DA, attorneys, court clerk or anyone else. In this case, it was prepared and corrected by the DA for the state. Id. Almanza also hand to my Kids [cont]

case a year before the murder trial. He was given a lot of false information by my father-in-law Henk that also was suing my mother-in-law Cindy Kopecky for custody of my kids. I was giving them to Mrs. Cindy. I believe Judge Morin had a conflict of interest in being my murder trial judge. I believe he could have or did form a bias opinion about me from that custody trial and from all the media coverage I got that bashed me repeatedly. That case # for custody was #13-0963. He also allowed 180 pictures to be shown to the jury, of 21 stabs. My attorney objected and it was overruled by Judge. I believe pictures showed jury that more happened than actually did. By difference between say 180 pics of stabs and 21 pics of actual stabs. I was told by attorney that Judge Morin also denied a change of venue, I believe that action alone denied me a fair trial. I was on three news stations, one in Louisana every week. I was in the Marshall paper, most of the time front page. There was so much negative publicity from the media for a person who has no criminal record, no violent history. I pushed my x-wife 12 years ago down into a laundry basket, thats it, that doesn't make me a horrible, violent criminal person. My trial was a one-sided bashing, with _NO_ positive evidence entered for me.

Error 1 - was there egregious harm caused to defendant's right to have a fair trial by a bias judge at sentencing phase of trial. I believe by Mr. Morin handling my custody trial of my kids, which my father-in-law Hank that fed a lot of lies to the court about what happened in the murder. This trial was a year before the murder trial. I believe that Mr. Morin could have and possibly did form a bias opinion of me from that trial and all the negative publicity. I have no criminal record and yet I was bashed by the media and local newspapers. I asked for a change of venue, my attorney said I was denied. I had no chance of a fair and unbias jury, anybody could see that, even the guards said so. The judge also only stoped the media from covering in the court room, after the damage was done and that didn't stop any thing but pictures of me. I also had to use one of my strikes to cut a potential bias jury member who knew and went to church with my wifes (victim) mom. My attorney objected and he still let her stay. He also allowed 100 pictures of 21 stabs, I believe that was over kill and made the jury think and see more than there was. That was objected and overruled by the judge. I that judge Morin handling my trial was a conflict of interest for him and I believed he formed a bias and hate full opinion of me.

## Prayer of Relief

I believe the trial court committed a reversible error by causing me the defendant egregious harm by a bias judge at sentencing phase of the trial, I believe this error caused me to have an unfair trial and the judge to make bias decision against me.

Appellant prays this court will reverse and remand the sentence in case #14-0029X and remand this case for a new trial.

Thank You

Brad A. Dunn

## Certificate of Compliance

I used the law books provided here at the Law Library of the TDCJ Michaels Unit, I also used info. from other inmates briefs pre-pared by there attorney I also used info. provided by inmates who would help me, since I only had a couple of months to learn the law, which takes a lawyer years to learn I did the best I could since my lawyer droped me and I hope I met your standards as best as I could. I don't think that was fair to be droped 2 weeks before the deadline with know word from my attorney in 6 months, accept to say I can't help you.

Brad A. Dunn

Inmate of TDCJ